# EXHIBIT C

| US7991784 | Nokia 3.1 ("The accused product") |
|---|---|
| 1. A method, performed in a character entry system so that incomplete input character strings input by a user interacting with the character entry system, that are part of a series of input character strings which establish a context for the incomplete input character string, can be completed by a selection of a presented character string using an input device connected to the character entry system, the method comprising | The accused product practices a method, performed in a character entry system (e.g., predictive text system of the accused product) so that incomplete input character strings input by a user interacting with the character entry system, that are part of a series of input character strings which establish a context  for the incomplete input character string (e.g., previous appearance of charter strings in adjacent fashion), can be completed by a selection of a presented character string (e.g., selection of suggested selectable words) using an input device (e.g., Touchscreen of the accused product) connected to the character entry system. |

Nokia 3.1

Outside

- 5.2" HD+ display with Corning® Gorilla® Glass
- 13 MP auto-focus main camera
- 8 MP front camera with an 84.6-degree field of view
- 18:9 aspect ratio ideal for feeds and films
- Available as both single SIM and dual SIM variants



Inside

- Gyroscope for AR gaming
- Secure and up-to-date Android 9 Pie⁴
- 2990 mAh battery²
- 2/3 GB RAM with 16/32 GB storage³ options
- MT6750N Octa-Core 1.5Ghz

Colors:

 

https://www.nokia.com/phones/en_us/nokia-3-1

Full specifications

### Design

- Colors Blue/Copper, Black/Chrome, White/Iron
- Size 146.25 x 68.65 x 8.7mm
- Weight 138.3g

### Network and connectivity

- Network speed LTE Cat. 4, 150Mbps DL/50Mbps UL
- WiFi 802.11 a/b/g/n
- Bluetooth® 4.2
- GPS/AGPS+GLONASS+Beidou

### Performance

- Operating system Android 9 Pie[4]
- RAM 2 GB/3 GB
- CPU MT6750N Octa Core 1.5GHz

### Storage

- Internal memory 16 GB e-MMC 5.1/32 GB e-MMC 5.1[3]
- MicroSD card slot Support for up to 128 GB

### Audio

- Connector 3.5 mm headphone jack
- Speakers Single speaker

### Display

- Size and type HD+ 5.2''
- Resolution 18:9
- Material Corning® Gorilla® Glass

### Camera

- Primary camera 13 MP AF f/2 with led flash
- Front-facing camera 8 MP FF f/2 84.6 FoV

### Connectivity

- Cable type Micro USB (USB 2.0)
- Sensors Ambient light sensor, Proximity sensor, Accelerometer, Gyroscope, Magnetometer

### Battery

- Battery type Integrated 2990 mAh battery[2]

https://www.nokia.com/phones/en_us/nokia-3-1

**AUTO-COMPLETE SUGGESTIONS**: When typing a **word**, three suggestions will appear a the top of the keyboard. Select the desired **suggestion** to enter it into the text field.



https://www.att.com/device-support/article/wireless/KM1340564/Nokia/NokiaTA1140

| computing contextual associations between multiple character strings based upon occurrence of character strings relative to each other in documents present in the character entry system, wherein the computing contextual associations comprises: | The accused product practices computing contextual associations between multiple character strings based upon occurrence of character strings relative to each other (e.g., number of adjacent co-occurrence of pairs of various character strings) in documents (e.g., Notes, message mail, etc.) present in the character entry system.

As shown below, various character strings are associated with each other based on their mutual co-occurrence with adjacency. For instance, when a couple of paragraphs, hereinafter referred to as "The Combined Essay" with phrase "James Maxwell", "James Maxima", and "James Michener" are typed, and therefore input to the predictive text system of the accused product, the predictive text system of the accused product, based on the frequency of mutual co-occurrence of the string "James" with "Maxwell", "Maxima", and "Michener", in the given order, start providing selectable character strings when "James m" is typed. The two selectable character strings, among others, are: Maxwell, and Maxima. For the reliability of the demonstration, The combined Essay is typed five times. The frequency of occurrence of "James Maxwell", |

"James "Maxima", and "James Michener" is 105, 50, and 20 respectively calculated over the Combined Essay repeated for five times.

As shown below, since pairs of strings, for example, "James" and "Maxwell" has adjacently appeared for the greatest number of times, 105 to be precise, in comparison to the other pairs of strings with "James" as one of the strings, Maxwell appears as a selectable option followed by "Maxima", since the number of adjunct appearances of "James" with "Maxima"  is 50.

Shown below is a Matrix depicting association of character string "James" with character strings "Maxwell", "Maxima", and "Michener".

| Character String Matrix Vis a Vis the paragraphs | | |
|---|---|---|
| Character String-1 | Character String-2 | Number of co-occurrence of the Character String-1 and Character String-2, with both being adjacent to each other in that order (Per 5 entry of "The Combined Essay") |
| James | Maxima | 50 (10 James Maxima) |
| James | Maxwell | 105 (21 James Maxwell) |
| James | Michener | 4 (20 James Michener) |



09:43

Untitled doc...

James Maxwell

James Maxwell was a scientist in the field of mathematical physics. The classical theory of electromagnetic radiation formulated by James Maxwell is referred to as "second great unification in physics". James Maxwell is also credited to have presented durable colour photograph in 1861. James Maxwell is said to have laid the foundation for disciplines like quantum physics and special relativity owing to his discoveries. James Maxwell ranked third greatest physicists of all time in the millennium poll conducted in early 1990s. So great was his body of work that on centenary of the birthday of James Maxwell, Einstein described Maxwell's as the most profound and the most fruitful that physics has experienced since the time of Newton.

The Combined Essay, Part-1

James Maxwell, as early as 1862, calculated that the speed of propagation of electromagnetic waves is approximately that of the speed of the light. Working on the problem further, Maxwell showed that the equations predict of waves of oscillating electric and magnetic fields that travel through empty space at a speed that could be predicted from simple electrical experiments. Using the data available at that time, Maxwell obtained a velocity of 310,740,000 meters per second. Four differential equations which govern the propagation of electromagnetic waves essentially was a reduction (by Oliver Heaviside) of complex sets of differential equation introduced by James Maxwell. Along with the most physicists of the time, James Maxwell had a strong interest in psychology. Following in the steps of Issac Newton and James Young, he was particularly interested in the study of colour vision.

As to James Maxwell, American astronomer Carl Sagan is quoted to have said: "Maxwell's equations have had a greater impact on human history than any of the ten presidents"

The Combined Essay, Part-2

As to James Maxwell, American astronomer Carl Sagan is quoted to have said: "Maxwell's equations have had a greater impact on human history than any of the ten presidents".

James Maxwell also investigated the kinetic theory of gases.

James Maxwell devised the thought experiment which was later known as Maxwell's demon.

In 1871, James Maxwell established Maxwell's thermodynamic relations, which are statements of equality among the second derivatives of the thermodynamic potentials with respect to different thermodynamic variables.

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard

The Combined Essay, Part-3

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard Gibbs's graphical thermodynamics papers.

GPU manufacture Nvidia has named the architecture of its GeForce 900 series after James Maxwell.

Ivan Tolstoy in the biography of James Maxwell go as far as to say that, " Maxwell's importance in the history of scientific thought is comparable to Einstein's (whom he inspired) and Newton's (whose influence he curtailed)".

In 1859, James Maxwell predicted that the Saturn's rings would be made of huge number of independently orbiting particles which, if they were to be stable long-term, would to have be arranged in a series of narrow rings.

The Combined Essay, Part-4

James Maxima

James Maxima was an American Statesman, lawyer, and diplomat who served as the fifth president of United States from 1817 to 1825. A member of democratic-republican party, James Maxima was the last president of the Virginia dynasty. In 1790, James Maxima won the election to the senate where he became a leader of the democratic-republican party. To serve as George Washington's ambassador to France, James IMaxima left the senate 1794. James Maxima strongly supported Jefferson's candidacy in the 1800 presidential election. After the resignation Rufus King, James Maxima was appointed as the ambassador to Great Britain in 1803. When the British burned U.S. Capitol and the White House on August 24, 1814, James Maxima was appointed as secretary of war on September 27. According to historian William E. Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine".

The Combined Essay, Part-5

as the ambassador to Great Britain in 1803. When the British burned U.S. Capitol and the White House on August 24, 1814, James Maxima was appointed as secretary of war on September 27. According to historian William E. Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine".

James Michener

James Michener was an American author who wrote more than 40 books, most of which fictional family sagas covering lives of many generations. In 1993, US navy memorial foundation awarded James Michener its "Lone Sailor Award" for his naval war service and his literary achievements. Posthumously, James Michener was honoured by a memorial headstone at the Texas State cemetery in Austin.

The Combined Essay, Part-6

| i) identifying pertinent documents present in the character entry system, | The accused product practices identifying pertinent documents (e.g., stored notes or notes being composed) present in the character entry system (e.g., predictive text system of the accused product). |
|---|---|



09:43

Untitled doc...

James Maxwell

James Maxwell was a scientist in the field of mathematical physics. The classical theory of electromagnetic radiation formulated by James Maxwell is referred to as "second great unification in physics". James Maxwell is also credited to have presented durable colour photograph in 1861. James Maxwell is said to have laid the foundation for disciplines like quantum physics and special relativity owing to his discoveries. James Maxwell ranked third greatest physicists of all time in the millennium poll conducted in early 1990s. So great was his body of work that on centenary of the birthday of James Maxwell, Einstein described Maxwell's as the most profound and the most fruitful that physics has experienced since the time of Newton.

The Combined Essay, Part-1

James Maxwell, as early as 1862, calculated that the speed of propagation of electromagnetic waves is approximately that of the speed of the light. Working on the problem further, Maxwell showed that the equations predict of waves of oscillating electric and magnetic fields that travel through empty space at a speed that could be predicted from simple electrical experiments. Using the data available at that time, Maxwell obtained a velocity of 310,740,000 meters per second. Four differential equations which govern the propagation of electromagnetic waves essentially was a reduction (by Oliver Heaviside) of complex sets of differential equation introduced by James Maxwell. Along with the most physicists of the time, James Maxwell had a strong interest in psychology. Following in the steps of Issac Newton and James Young, he was particularly interested in the study of colour vision.

As to James Maxwell, American astronomer Carl Sagan is quoted to have said: "Maxwell's equations have had a greater impact on human history than any of the top presidents."

The Combined Essay, Part-2

As to James Maxwell, American astronomer Carl Sagan is quoted to have said: "Maxwell's equations have had a greater impact on human history than any of the ten presidents".

James Maxwell also investigated the kinetic theory of gases.

James Maxwell devised the thought experiment which was later known as Maxwell's demon.

In 1871, James Maxwell established Maxwell's thermodynamic relations, which are statements of equality among the second derivatives of the thermodynamic potentials with respect to different thermodynamic variables.

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard

The Combined Essay, Part-3

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard Gibbs's graphical thermodynamics papers.

GPU manufacture Nvidia has named the architecture of its GeForce 900 series after James Maxwell.

Ivan Tolstoy in the biography of James Maxwell go as far as to say that, " Maxwell's importance in the history of scientific thought is comparable to Einstein's (whom he inspired) and Newton's (whose influence he curtailed)".

In 1859, James Maxwell predicted that the Saturn's rings would be made of huge number of independently orbiting particles which, if they were to be stable long-term, would to have be arranged in a series of narrow rings.

The Combined Essay, Part-4

James Maxima

James Maxima was an American Statesman, lawyer, and diplomat who served as the fifth president of United States from 1817 to 1825. A member of democratic-republican party, James Maxima was the last president of the Virginia dynasty. In 1790, James Maxima won the election to the senate where he became a leader of the democratic-republican party. To serve as George Washington's ambassador to France, James IMaxima left the senate 1794. James Maxima strongly supported Jefferson's candidacy in the 1800 presidential election. After the resignation Rufus King, James Maxima was appointed as the ambassador to Great Britain in 1803. When the British burned U.S. Capitol and the White House on August 24, 1814, James Maxima was appointed as secretary of war on September 27. According to historian William E. Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine".

The Combined Essay, Part-5

as the ambassador to Great Britain in 1803. When the British burned U.S. Capitol and the White House on August 24, 1814, James Maxima was appointed as secretary of war on September 27. According to historian William E. Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine".


James Michener


James Michener was an American author who wrote more than 40 books, most of which fictional family sagas covering lives of many generations. In 1993, US navy memorial foundation awarded James Michener its "Lone Sailor Award" for his naval war service and his literary achievements. Posthumously, James Michener was honoured by a memorial headstone at the Texas State cemetery in Austin.

The Combined Essay, Part-6

| | |
|---|---|
| ii) creating a list of character strings contained within documents in the character entry system; and<br><br>iii) creating an interrelationship between distinct character strings in the list using their occurrence in the documents of the character entry system; | The accused product practices creating a list of character strings contained within documents in the character entry system (e.g., predictive text system of the accused product) and creating an interrelationship between distinct character strings (e.g., frequency of adjacent appearance of pairs of character strings) in the list using their occurrence in the documents of the character entry system (e.g., predictive text system of the accused product).<br><br>As shown below, various character strings are associated with each other based on their mutual co-occurrence with adjacency. For instance, when a couple of paragraphs, hereinafter referred to as "The Combined Essay" with phrase "James Maxwell", "James Maxima", and "James Michener" are typed, and therefore input to the predictive text system of the accused product, the predictive text system of the accused product, based on the frequency of mutual co-occurrence of the string "James" with "Maxwell", "Maxima", and "Michener", in the given order, start providing selectable character strings when "James m" is typed. The two selectable character strings, among others, are: Maxwell, and Maxima. For the reliability of the demonstration, The combined Essay is typed five times. The frequency of occurrence of "James Maxwell", "James "Maxima", and "James Michener" is 105, 50, and 20 respectively calculated over the Combined Essay repeated for five times.<br><br>For calculating mutual co-occurrences of pairs of character strings the accused product must create a list of character strings contained in the documents (i.e., previously stored notes or notes being composed). |

<table>
<tr><td colspan="3" align="center"><strong>Character String Matrix Vis a Vis the paragraphs</strong></td></tr>
<tr><td>Character String-1</td><td>Character String-2</td><td>Number of co-occurrence of the Character String-1 and Character String-2, with both being adjacent to each other in that order (Per 5 entry of "The Combined Essay")</td></tr>
<tr><td>James</td><td>Maxima</td><td>50 (10 James Maxima)</td></tr>
<tr><td>James</td><td>Maxwell</td><td>105 (21 James Maxwell)</td></tr>
<tr><td>James</td><td>Michener</td><td>4 (20 James Michener)</td></tr>
</table>



09:43

Untitled doc...

James Maxwell

James Maxwell was a scientist in the field of mathematical physics. The classical theory of electromagnetic radiation formulated by James Maxwell is referred to as "second great unification in physics". James Maxwell is also credited to have presented durable colour photograph in 1861. James Maxwell is said to have laid the foundation for disciplines like quantum physics and special relativity owing to his discoveries. James Maxwell ranked third greatest physicists of all time in the millennium poll conducted in early 1990s. So great was his body of work that on centenary of the birthday of James Maxwell, Einstein described Maxwell's as the most profound and the most fruitful that physics has experienced since the time of Newton.

The Combined Essay, Part-1

James Maxwell, as early as 1862, calculated that the speed of propagation of electromagnetic waves is approximately that of the speed of the light. Working on the problem further, Maxwell showed that the equations predict of waves of oscillating electric and magnetic fields that travel through empty space at a speed that could be predicted from simple electrical experiments. Using the data available at that time, Maxwell obtained a velocity of 310,740,000 meters per second. Four differential equations which govern the propagation of electromagnetic waves essentially was a reduction (by Oliver Heaviside) of complex sets of differential equation introduced by James Maxwell. Along with the most physicists of the time, James Maxwell had a strong interest in psychology. Following in the steps of Issac Newton and James Young, he was particularly interested in the study of colour vision.

As to James Maxwell, American astronomer Carl Sagan is quoted to have said: "Maxwell's equations have had a greater impact on human history than any of the ten presidents".

The Combined Essay, Part-2

As to James Maxwell, American astronomer Carl Sagan is quoted to have said: "Maxwell's equations have had a greater impact on human history than any of the ten presidents".

James Maxwell also investigated the kinetic theory of gases.

James Maxwell devised the thought experiment which was later known as Maxwell's demon.

In 1871, James Maxwell established Maxwell's thermodynamic relations, which are statements of equality among the second derivatives of the thermodynamic potentials with respect to different thermodynamic variables.

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard

The Combined Essay, Part-3

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard Gibbs's graphical thermodynamics papers.

GPU manufacture Nvidia has named the architecture of its GeForce 900 series after James Maxwell.

Ivan Tolstoy in the biography of James Maxwell go as far as to say that, " Maxwell's importance in the history of scientific thought is comparable to Einstein's (whom he inspired) and Newton's (whose influence he curtailed)".

In 1859, James Maxwell predicted that the Saturn's rings would be made of huge number of independently orbiting particles which, if they were to be stable long-term, would to have be arranged in a series of narrow rings.

The Combined Essay, Part-4

James Maxima

James Maxima was an American Statesman, lawyer, and diplomat who served as the fifth president of United States from 1817 to 1825. A member of democratic-republican party, James Maxima was the last president of the Virginia dynasty. In 1790, James Maxima won the election to the senate where he became a leader of the democratic-republican party. To serve as George Washington's ambassador to France, James IMaxima left the senate 1794. James Maxima strongly supported Jefferson's candidacy in the 1800 presidential election. After the resignation Rufus King, James Maxima was appointed as the ambassador to Great Britain in 1803. When the British burned U.S. Capitol and the White House on August 24, 1814, James Maxima was appointed as secretary of war on September 27. According to historian William E. Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine".

The Combined Essay, Part-5

as the ambassador to Great Britain in
1803. When the British burned U.S.
Capitol and the White House on August
24, 1814, James Maxima was appointed
as secretary of war on September 27.
According to historian William E. Weeks,
James Maxima, "evolved a comprehensive
strategy aimed at expanding the Union
externally while solidifying it
internationally". Best known for issuing the
Maxima Doctrine, James Maxima
advocated a policy of opposing European
colonialism in the Americas is known as
"Maxima Doctrine".


James Michener


James Michener was an American author
who wrote more than 40 books, most of
which fictional family sagas covering lives
of many generations. In  1993, US navy
memorial foundation awarded James
Michener its "Lone Sailor Award" for his
naval war service and his literary
achievements. Posthumously, James
Michener was honoured by a memorial
headstone at the Texas State cemetery in
Austin.

The Combined Essay, Part-6

| in response to the user inputting a specified threshold of individual characters using the input device, identifying at least one selectable character string from among the character strings used in creating the computed contextual associations that can complete the incomplete input character string in context; | The accused product practices in response to the user inputting a specified threshold (e.g., inputting a starting character of a word followed by the corresponding preceding word) of individual characters using the input device (e.g., Touchscreen of the accused product), identifying at least one selectable character string (e.g., predicting selectable words for user selection) from among the character strings used in creating the computed contextual associations that can complete the incomplete input character string in context.

As shown below, since pairs of strings, for example, "James" and "Maxwell" has adjacently appeared for the most number of times, 105 to be precise, in comparison to the other pairs of strings with "James" as one of the strings, Maxwell appears as a selectable option followed by "Maxima", since the number of adjacent appearances of "James" with "Maxima" is 50 and which is greater than the adjacent appearance of "James" with "Michener" which stands at 20.

Shown below is a Matrix depicting association of character string "James" with character strings "Maxwell", "Maxima", and "Michener". |
|---|---|

| Character String Matrix Vis a Vis the paragraphs | | |
|---|---|---|
| Character String-1 | Character String-2 | Number of co-occurrence of the Character String-1 and Character String-2, with both being adjacent to each other in that order (Per 5 entry of "The Combined Essay") |
| James | Maxima | 50 (10 James Maxima) |
| James | Maxwell | 105 (21 James Maxwell) |
| James | Michener | 4 (20 James Michener) |



09:43

Untitled doc...

James Maxwell

James Maxwell was a scientist in the field of mathematical physics. The classical theory of electromagnetic radiation formulated by James Maxwell is referred to as "second great unification in physics". James Maxwell is also credited to have presented durable colour photograph in 1861. James Maxwell is said to have laid the foundation for disciplines like quantum physics and special relativity owing to his discoveries. James Maxwell ranked third greatest physicists of all time in the millennium poll conducted in early 1990s. So great was his body of work that on centenary of the birthday of James Maxwell, Einstein described Maxwell's as the most profound and the most fruitful that physics has experienced since the time of Newton.

The Combined Essay, Part-1

James Maxwell, as early as 1862,
calculated that the speed of propagation of
electromagnetic waves is approximately
that of the speed of the light. Working on
the problem further, Maxwell showed that
the equations predict of waves of
oscillating electric and magnetic fields that
travel through empty space at a speed that
could be predicted from simple electrical
experiments. Using the data available at
that time, Maxwell obtained a velocity of
310,740,000 meters per second. Four
differential equations which govern the
propagation of electromagnetic waves
essentially was a reduction (by Oliver
Heaviside) of complex sets of differential
equation introduced by James Maxwell.
Along with the most physicists of the time,
James Maxwell had a strong interest in
psychology. Following in the steps of Issac
Newton and James Young, he was
particularly interested in the study of colour
vision.

As to James Maxwell, American
astronomer Carl Sagan is quoted to have
said: "Maxwell's equations have had a
greater impact on human history than any
of the ten presidents"

The Combined Essay, Part-2

As to James Maxwell, American astronomer Carl Sagan is quoted to have said: "Maxwell's equations have had a greater impact on human history than any of the ten presidents".

James Maxwell also investigated the kinetic theory of gases.

James Maxwell devised the thought experiment which was later known as Maxwell's demon.

In 1871, James Maxwell established Maxwell's thermodynamic relations, which are statements of equality among the second derivatives of the thermodynamic potentials with respect to different thermodynamic variables.

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard

The Combined Essay, Part-3

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard Gibbs's graphical thermodynamics papers.

GPU manufacture Nvidia has named the architecture of its GeForce 900 series after James Maxwell.

Ivan Tolstoy in the biography of James Maxwell go as far as to say that, " Maxwell's importance in the history of scientific thought is comparable to Einstein's (whom he inspired) and Newton's (whose influence he curtailed)".

In 1859, James Maxwell predicted that the Saturn's rings would be made of huge number of independently orbiting particles which, if they were to be stable long-term, would to have be arranged in a series of narrow rings.

The Combined Essay, Part-4

James Maxima

James Maxima was an American Statesman, lawyer, and diplomat who served as the fifth president of United States from 1817 to 1825. A member of democratic-republican party, James Maxima was the last president of the Virginia dynasty. In 1790, James Maxima won the election to the senate where he became a leader of the democratic-republican party. To serve as George Washington's ambassador to France, James IMaxima left the senate 1794. James Maxima strongly supported Jefferson's candidacy in the 1800 presidential election. After the resignation Rufus King, James Maxima was appointed as the ambassador to Great Britain in 1803. When the British burned U.S. Capitol and the White House on August 24, 1814, James Maxima was appointed as secretary of war on September 27. According to historian William E. Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine"

The Combined Essay, Part-5

as the ambassador to Great Britain in
1803. When the British burned U.S.
Capitol and the White House on August
24, 1814, James Maxima was appointed
as secretary of war on September 27.
According to historian William E. Weeks,
James Maxima, "evolved a comprehensive
strategy aimed at expanding the Union
externally while solidifying it
internationally". Best known for issuing the
Maxima Doctrine, James Maxima
advocated a policy of opposing European
colonialism in the Americas is known as
"Maxima Doctrine".

James Michener

James Michener was an American author
who wrote more than 40 books, most of
which fictional family sagas covering lives
of many generations. In  1993, US navy
memorial foundation awarded James
Michener its "Lone Sailor Award" for his
naval war service and his literary
achievements. Posthumously, James
Michener was honoured by a memorial
headstone at the Texas State cemetery in
Austin.

The Combined Essay, Part-6



| providing the identified at least one selectable character string to a user in a manner suitable for selection by the user using the input device; and | The accused product practices providing the identified at least one selectable character string (e.g., suggesting words for user selection) to a user in a manner suitable for selection by the user using the input device (e.g., Touchscreen of the accused product). |
|---|---|

As shown below, since pairs of strings, for example, "James" and "Maxwell" has adjacently appeared for the most number of times, 105 to be precise, in comparison to the other pairs of strings with "James" as one of the strings, Maxwell appears as a selectable option followed by "Maxima", since the number of adjacent appearances of "James" with "Maxima" is 50 and which is greater than the adjacent appearance of "James" with "Michener" which stands at 20.

Shown below is a Matrix depicting association of character string "James" with character strings "Maxwell", "Maxima", and "Michener".

| Character String Matrix Vis a Vis the paragraphs | | |
|---|---|---|
| Character String-1 | Character String-2 | Number of co-occurrence of the Character String-1 and Character String-2, with both being adjacent to each other in that order (Per 5 entry of "The Combined Essay") |
| James | Maxima | 50 (10 James Maxima) |
| James | Maxwell | 105 (21 James Maxwell) |
| James | Michener | 4 (20 James Michner) |



09:43

Untitled doc...

James Maxwell

James Maxwell was a scientist in the field of mathematical physics. The classical theory of electromagnetic radiation formulated by James Maxwell is referred to as "second great unification in physics". James Maxwell is also credited to have presented durable colour photograph in 1861. James Maxwell is said to have laid the foundation for disciplines like quantum physics and special relativity owing to his discoveries. James Maxwell ranked third greatest physicists of all time in the millennium poll conducted in early 1990s. So great was his body of work that on centenary of the birthday of James Maxwell, Einstein described Maxwell's as the most profound and the most fruitful that physics has experienced since the time of Newton.

The Combined Essay, Part-1

James Maxwell, as early as 1862, calculated that the speed of propagation of electromagnetic waves is approximately that of the speed of the light. Working on the problem further, Maxwell showed that the equations predict of waves of oscillating electric and magnetic fields that travel through empty space at a speed that could be predicted from simple electrical experiments. Using the data available at that time, Maxwell obtained a velocity of 310,740,000 meters per second. Four differential equations which govern the propagation of electromagnetic waves essentially was a reduction (by Oliver Heaviside) of complex sets of differential equation introduced by James Maxwell. Along with the most physicists of the time, James Maxwell had a strong interest in psychology. Following in the steps of Issac Newton and James Young, he was particularly interested in the study of colour vision.

As to James Maxwell, American astronomer Carl Sagan is quoted to have said: "Maxwell's equations have had a greater impact on human history than any of the ten presidents"

The Combined Essay, Part-2

As to James Maxwell, American astronomer Carl Sagan is quoted to have said: "Maxwell's equations have had a greater impact on human history than any of the ten presidents".

James Maxwell also investigated the kinetic theory of gases.

James Maxwell devised the thought experiment which was later known as Maxwell's demon.

In 1871, James Maxwell established Maxwell's thermodynamic relations, which are statements of equality among the second derivatives of the thermodynamic potentials with respect to different thermodynamic variables.

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard

The Combined Essay, Part-3

In1874, James Maxwell constructed a plaster thermodynamic visualisation as a way of exploring phase transitions, based on the American scientist Josiah Willard Gibbs's graphical thermodynamics papers.

GPU manufacture Nvidia has named the architecture of its GeForce 900 series after James Maxwell.

Ivan Tolstoy in the biography of James Maxwell go as far as to say that, " Maxwell's importance in the history of scientific thought is comparable to Einstein's (whom he inspired) and Newton's (whose influence he curtailed)".

In 1859, James Maxwell predicted that the Saturn's rings would be made of huge number of independently orbiting particles which, if they were to be stable long-term, would to have be arranged in a series of narrow rings.

The Combined Essay, Part-4

James Maxima

James Maxima was an American Statesman, lawyer, and diplomat who served as the fifth president of United States from 1817 to 1825. A member of democratic-republican party, James Maxima was the last president of the Virginia dynasty. In 1790, James Maxima won the election to the senate where he became a leader of the democratic-republican party. To serve as George Washington's ambassador to France, James IMaxima left the senate 1794. James Maxima strongly supported Jefferson's candidacy in the 1800 presidential election. After the resignation Rufus King, James Maxima was appointed as the ambassador to Great Britain in 1803. When the British burned U.S. Capitol and the White House on August 24, 1814, James Maxima was appointed as secretary of war on September 27. According to historian William E. Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine".

The Combined Essay, Part-5

as the ambassador to Great Britain in 1803. When the British burned U.S. Capitol and the White House on August 24, 1814, James Maxima was appointed as secretary of war on September 27. According to historian William E. Weeks, James Maxima, "evolved a comprehensive strategy aimed at expanding the Union externally while solidifying it internationally". Best known for issuing the Maxima Doctrine, James Maxima advocated a policy of opposing European colonialism in the Americas is known as "Maxima Doctrine".

James Michener

James Michener was an American author who wrote more than 40 books, most of which fictional family sagas covering lives of many generations. In  1993, US navy memorial foundation awarded James Michener its "Lone Sailor Award" for his naval war service and his literary achievements. Posthumously, James Michener was honoured by a memorial headstone at the Texas State cemetery in Austin.

The Combined Essay, Part-6



| receiving, in the system, the user's selection and completing the incomplete input character string based upon the selection. | The accused product practices receiving, in the system, the user's selection (e.g., selecting a suggested word by user) and completing the incomplete input character string based upon the selection. |
| --- | --- |
| |  |

