# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 20-23179-Civ-COOKE/GOODMAN

MOUNTECH IP LLC,

    Plaintiff

v.

HMD AMERICA, INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL JOSEPH W. BAIN

Joseph W. Bain, of the firm of Shutts & Bowen LLP, files this appearance as counsel on behalf of Defendant, HMD AMERICA, INC. in the above-styled cause of action. Counsel gives notice that all further pleadings and papers should be served upon Joseph W. Bain, Esq., jbain@shutts.com and grogers@shutts.com, Shutts & Bowen LLP, 525 Okeechobee Boulevard, Suite 1100, West Palm Beach, Florida 33401.

Dated: August 25, 2020      Respectfully submitted,

/s/ *Joseph W. Bain*
JOSEPH W. BAIN, ESQ.
Florida Bar No. 860360
Email Address: jbain@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

*Attorneys for Defendant HMD America, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August 2020, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties of record.

/s/ *Joseph W. Bain*