# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-23179-Civ-COOKE/GOODMAN

MOUNTECH IP LLC,

        Plaintiff

v.

HMD AMERICA, INC.,

        Defendant.

_____/

## AGREED MOTION FOR 60 DAY EXTENSION OF
## TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 7.1 of the United States District Court for the Southern District of Florida, Defendant, HMD AMERICA, INC. ("Defendant") moves for an agreed 60 day extension of time, until November 2, 2020 to respond to the Complaint, and in support thereof state as follows:

1. On July 31, 2020, Plaintiff filed a complaint in this action against the Defendant.

2. Defendant was served on August 11, 2020, making Defendant's response to the Complaint due on September 1, 2020.

3. Defendant has been served and has engaged the undersigned but requires an additional sixty (60) days to investigate Plaintiff's patents and infringement allegations and respond to the Complaint. Plaintiff's counsel agrees to same.

4. A proposed order granting this agreed motion for extension of time is attached hereto as Exhibit A.

## CERTIFICATION UNDER LOCAL RULE 7.1

Pursuant to S.D. Fla. L.R. 7.1(a)(3), I hereby certify that counsel for Defendant has communicated with counsel for Plaintiff via e-mail regarding the relief sought herein. All parties agree to the relief requested herein.

Dated: August 25, 2020

Respectfully submitted,

/s/ *Joseph W. Bain*
JOSEPH W. BAIN, ESQ.
Florida Bar No. 860360
Email Address: jbain@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

*Attorneys for Defendant HMD America, Inc*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August 2020, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

/s/ *Joseph W. Bain*