# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-23179-Civ-COOKE/GOODMAN

MOUNTECH IP LLC,

      Plaintiff

v.

HMD AMERICA, INC.,

      Defendant.

_____/

## ORDER GRANTING DEFENDANT'S AGREED MOTION FOR 60 DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS MATTER is before the Court on Defendant's Agreed Motion for 60 Day Extension of Time to Respond to Complaint, [ECF No. ___], filed August 25, 2020.

The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

Defendant's deadline to respond to Plaintiff's Complaint is now November 2, 2020.

**DONE and ORDERED** in Chambers, Miami, Florida, this ___ day of August, 2020.

                                                                                     _____
                                                                                    MARCIA G. COOKE
                                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*