UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23179-Civ-COOKE/GOODMAN

MOUNTECH IP LLC,

    Plaintiff,

vs.

HMD AMERICA, INC.,

    Defendant.

_____/

## DEFENDANT'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant HMD America, Inc., by and through counsel, discloses as follows.

HMD America Inc. is a privately held wholly-owned subsidiary of HMD Global Oy. No publicly held corporation owns 10% or more of HMD America Inc.'s stock.

Dated: October 2, 2020

Respectfully submitted,

/s/ Joseph W. Bain
JOSEPH W. BAIN, ESQ.
Florida Bar No. 860360
Email Address: jbain@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

WILLIAM J. MCCABE, Esq.
Admitted *Pro hac vice*
wmccabe@perkinscoie.com
MATTHEW J. MOFFA, Esq.
Admitted *Pro hac vice*

- 2 -

        mmoffa@perkinscoie.com
        PERKINS COIE LLP
        1155 Avenue of the Americas, 22nd floor
        New York, NY 10036
        Telephone:  (212) 262-6900
        Facsimile:  (212) 977-1649

        *Attorneys for Defendant HMD America, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

Howard L. Wernow
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, OH 44718
Phone: 330-244-1174
Fax: 330-244-1173
Email:  howard.wernow@sswip.com
Email:  litigation@sswip.com
Email:  wernowlaw@gmail.com
**Attorneys for *Plaintiff, MOUNTECH IP LLC***

        By:    */s/ Joseph W. Bain*
                 Joseph W. Bain
                 Florida Bar No. 860360
                 jbain@shutts.com