UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23179-Civ-COOKE/GOODMAN

MOUNTECH IP LLC,

Plaintiff,

vs.

HMD AMERICA, INC.,

Defendant.
_____/

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

WHEREAS, Plaintiff Mountech IP LLC ("Plaintiff") and Defendant HMD America, Inc. ("HMD") desire to dismiss Plaintiff's claims for relief without prejudice against HMD asserted in this case.

NOW, THEREFORE, pursuant to Rule 41(a)(1)(A)(ii), Plaintiff and HMD, through their attorneys of record, hereby stipulate to dismissal of Plaintiff's claims for relief against HMD **without prejudice**, and with all attorneys' fees, costs of court and expenses borne by the party incurring same

Dated: December 21, 2020                     Respectfully submitted,

                                             SAND, SEBOLT & WERNOW CO., LPA

                                             */s/ Howard L. Wernow*
                                             Howard L. Wernow B.C.S.
                                             Florida Bar No. 107560
                                             Aegis Tower – Suite 1100
                                             4940 Munson Street NW
                                             Canton, OH 44718
                                             Phone: 330-244-1174
                                             Fax: 330-244-1173
                                             Email: howard.wernow@sswip.com

                                             ATTORNEY FOR PLAINTIFF

                                             */s/ Joseph W. Bain*
                                             JOSEPH W. BAIN, ESQ.
                                             Florida Bar No. 860360
                                             Email Address: jbain@shutts.com
                                             **SHUTTS & BOWEN LLP**
                                             1100 CityPlace Tower
                                             525 Okeechobee Boulevard
                                             West Palm Beach, Florida 33401
                                             Telephone: (561) 835-8500
                                             Facsimile: (561) 650-8530

                                             ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2020, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

                                             */s/ Howard L. Wernow*
                                             Howard L. Wernow